UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

REGINALD RICO FENNELL,

    Plaintiff,

v.                                         Case No. 5:19cv336-TKW-MJF

GULF CORRECTIONAL
INSTITUTION,

    Defendant.
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 13). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed based on Plaintiff's failure to respond to three court orders.

The Court has not overlooked the possibility that Plaintiff did not receive the orders with which he failed to comply because they were mailed to his address of record—the Columbia Correctional Institution—even though the Report and Recommendation indicates that he may have been released. However, even if that is correct, it would not change the disposition of this case because Plaintiff's failure to keep the Court apprised of his current address provides an additional basis for

dismissal because it is tantamount to an abandonment of the case and/or a failure to prosecute. Moreover, it is noteworthy that only one of the three orders with which Plaintiff failed to comply (Doc. 9) was returned as undeliverable; the other two orders (Docs. 11, 12) were not returned and, thus, were presumably received by Plaintiff. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE and ORDERED** this 27th day of March, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**